Vivian Kaplan, Appellee, v. Anton Kaplan, Appellant.

Gen. No. 42,261.

opinion filed January 25, 1943; rehearing denied February 9, 1943. Robert E. Cantwell, Jr., for appellant; David G. Falk and Edward W. Weiss, for appellee. Opinion by PRESIDING JUSTICE MATCHETT. "Not to be published in full."